IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02448-REB-MEH

LARRY KELLY,

    Plaintiff,

v.

CHARLES OLIN,
BURL MCCULLAR, and
DANA BUSTOS,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 30, 2007.**

    Based upon the dispositive motion which raises the issue of qualified immunity which is pending in this matter, the Motion to Stay Discovery and Vacate Scheduling Conference [Filed April 25, 2007; Docket #21] is **granted.**  All discovery in this matter shall be stayed, pending the determination of the dispositive motion.  Further, the Scheduling Conference set in this matter for May 9, 2007, at 9:30 a.m., is hereby **vacated.**

    **In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Larry Kelly, #108783
Fremont Correctional Facility
P.O. Box 999
Canon City, CO 81215-0999