IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-02448-REB-MEH

LARRY KELLY,

 Plaintiffs,

v.

CHARLES OLIN,
BURL MCCULLAR, and
DANA BUSTOS,

 Defendants.

## ORDER ADOPTING RECOMMENDATIONS OF MAGISTRATE JUDGE

**Blackburn, J.**

 This matter is before me on the following: 1) the defendants' **Motion To Dismiss** [#18], filed April 9, 2007; 2) the plaintiff's **Motion for Leave To Amend Complaint** [#31], filed June 7, 2007; 3) the magistrate judge's **Recommendation on Defendants' Motion To Dismiss** [#34], filed July 5, 2007; 4) the magistrate judge's **Recommendation on Plaintiff's Motion To Amend Complaint** [#35], filed July 6, 2007; and 5) the plaintiff's **Objections To the Magistrate's Recommendation** [#39], filed August 6, 2007. I overrule the plaintiff's objections, approve and adopt the two recommendations, grant the motion to dismiss, and deny to motion to amend.

 As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendations to which objections has been filed, and have considered carefully the recommendations, the objections, the underlying motions, and the applicable caselaw.

In addition, because the plaintiff, Larry Kelly, is proceeding *pro se*, I have construed his filings generously and with the leniency due to *pro se* litigants. **See Erickson v. Pardus**, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

The magistrate judge's two recommendations are detailed and well-reasoned. Contrastingly, the plaintiff's objections are imponderous and without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendations proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendation on Defendants' Motion To Dismiss** [#34], filed July 5, 2007, is **APPROVED AND ADOPTED** as an order of this court;

2. That the magistrate judge's **Recommendation on Plaintiff's Motion To Amend Complaint** [#35], filed July 6, 2007, is **APPROVED AND ADOPTED** as an order of this court;

3. That the plaintiff's objections as stated in his **Objections To the Magistrate's Recommendation** [#39], filed August 6, 2007, are **OVERRRULED**;

4. That the defendants' **Motion To Dismiss** [#18], filed April 9, 2007, is **GRANTED**;

5. That the plaintiff's **Motion for Leave To Amend Complaint** [#31], filed June 7, 2007, is **DENIED**;

6. That **JUDGMENT SHALL ENTER** for the defendants, Charles Olin, Burl

McCullar, and Dana Bustos, against the plaintiff, Larry Kelly;

7. That the defendants, Charles Olin, Burl McCullar, and Dana Bustos, are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to FED. R. CIV. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and

8. That this case is **DISMISSED**.

Dated March 7, 2008, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**